**ORDERED.**

TIFFANY & BOSCO
P.A.

**Dated: April 28, 2011**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**



Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26950

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Steven D. Walker and Christina Flores Walker<br>　　　　Debtors.<br>―――――――――――――――――――――<br>Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　　vs.<br>Steven D. Walker and Christina Flores Walker<br>Debtors; Jill H. Ford, Trustee.<br>　　　　Respondents. | No. 2:09-bk-24580-EWH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #49)<br><br>Hearing Date: April 21, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated effective 30 days from April 21, 2011 as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 26, 2005, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Steven D. Walker and Christina Flores Walker have an interest in, further described as:

　　LOT 107, RANCHO MIRAGE UNIT II, PHASE 2, ACCORDING TO BOOK 545 OF MAPS, PAGE 1, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.